[No. 5894-8-III. Division Three. January 22, 1985.]

TIMBERS TWO, *Appellant,* v. BCS RICHLAND, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–2–00426–7, Duane E. Taber, J., entered May 19, 1983. *Affirmed* by unpublished opinion per Hopkins, J. Pro Tem., concurred in by Munson and Thompson, JJ.

[No. 6619-3-III. Division Three. January 22, 1985.]

*In the Matter of the Personal Restraint of*
JAMES LEON MARTIN, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *denied in part* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.

[No. 5813-1-III. Division Three. January 22, 1985.]

GAIL CRAWFORD, *Appellant,* v. THE CITY OF RICHLAND, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–2–00021–1, Robert S. Day, J., entered March 28, 1983. *Reversed* and *remanded* by unpublished opinion per Thompson, J., concurred in by Munson, J., and Hopkins, J. Pro Tem.